No. 426. PORTO RICAN LEAF TOBACCO CO. *v.* EREÑO ET AL.— Appeal from the District Court of Arecibo. Motion to strike statement of the case from record. Decided October 7, 1909. Statement of the case stricken from record under the provisions of section 216 of the Code of Civil Procedure and for the reasons set forth in the opinion in the case of *López* v. *American Railroad Co. of Porto Rico,* 3 P. R. Rep., 391. *Mr. Díaz Navarro* for petitioner. *Mr. López Landrón* for respondent.

No. 451. ESTATE OF GIMÉNEZ ET AL. *v.* AHUMADA ET AL.— Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided October 11, 1909. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Mr. Wenceslao Bosch* for petitioner. *Mr. López Landrón* for respondent.

No. 452. RÍOS ET AL. *v.* RÍOS.—Appeal from the District Court of Humacao. Motion to dismiss appeal. Decided October 11, 1909. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Mr. Díaz Navarro* for petitioner. *Mr. Rafael F. Ferrer* for respondent.

No. 398. HERNÁNDEZ *v.* FERNÁNDEZ.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal, on the ground that the appellant did not file a copy of the judgment roll and only filed a copy of the statement of the case. Decided October 11, 1909. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Mr. José G. Torres* for petitioner. *Mr. Leopoldo Feliú* for respondent.